NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER C. THURMAN,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3045

---

Petition for review of the Merit Systems Protection Board in No. SF-3443-12-0727-I-1.

---

## ON MOTION

---

## O R D E R

Upon consideration of the Merit Systems Protection Board's motion for a 30-day extension of time to file its brief,

IT IS ORDERED THAT:

The motion is granted. The brief is due no later than February 10, 2014.

2                                                    THURMAN v. MSPB

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s26